## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable**      SUSAN PIERSON SONDERBY          **Hearing Date**   4-5-12

**Bankruptcy Case No.**      12 B 11278          **Adversary No.**

**Title of Case:** Earnestine Matthews

**Brief Statement of Motion**   Amended Application to Proceed In Forma Pauperis (docket no. 13)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

It appearing that on March 21, 2012, the Debtor filed an Application for Waiver of the Chapter 7 Filing Fee which was not signed (the "Original Application"). On March 26, 2012, the court entered an Order denying the Original Application and requiring the Debtor to pay the filing fee in four monthly installments in the amount of $76.50 on April 12, 2012, May 19, 2012, June 19, 2012, and July 19, 2012 (the "Installment Order"). On April 3, 2012, the Debtor filed a signed Amended Application for Waiver of the Chapter 7 Filing Fee (the "Amended Application), which is substantially the same as the Original Application. The court having reviewed the Amended Application and being fully advised, IT IS HEREBY ORDERED that the Amended Application is denied and the Installment Order remains in full force and effect. The Debtor must still pay the filing fee in installments in the amounts and on the dates as set forth in the Installment Order.